UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HAROLD KELLY,                             §
                                          §
                 Plaintiff,               §
                                          §
v.                                        §    CIVIL NO. 1:25-CV-01493-ADA-ML
                                          §
TEXAS HEALTH AND HUMAN                    §
SERVICES COMMISSION,                      §
                                          §
                 Defendant.               §

ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge

Lane. ECF No. 22. The report recommends that Defendant's Motion to Dismiss be Granted-In-

Part and Denied-In-Part. *Id.* at 14.

A party may file specific, written objections to the proposed findings and recommendations

of the magistrate judge within fourteen days after being served with a copy of the report and

recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed.

R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections."

*Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*,

677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United

States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff and Defendant filed objections. ECF Nos. 23; 24; 26. The Court has conducted a

*de novo* review of the complaint, the motion to dismiss and all related briefing, the report and

recommendation, the objections to the report and recommendation, the responses thereto, and the

applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (ECF No. 22) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff and Defendant's objections are **OVERRULED**.

**IT IS FINALLY ORDERED** that HHSC's Motion is **GRANTED** as to Mr. Kelly's ADA claims and that Counts Two and Three is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction. HHSC's Motion is **DENIED** as to Kelly's Title VII claims.

**SIGNED** 07/13/2026.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**

2